UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60024-CIV-ZLOCH/ROSENBAUM

ROBERT SHIM, on his own behalf
and others similarly situated,
      Plaintiff,

v.

ECHOSPHERE, L.L.C.,
a Colorado Limited Liability Company,
DISH NETWORK, L.L.C.,
a Colorado Limited Liability Company, and
DISH NETWORK SERVICE, L.L.C.,
a Colorado Limited Liability Company.
      Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Robert Shim, by and through undersigned counsel, hereby advises the Court

that the parties have settled the case. The parties anticipate finalizing the terms of their resolution

and submitting the appropriate paperwork to the Court within the next ten (10) business days.


Dated: February 18, 2011
Boca Raton, Florida

Respectfully submitted,

**s/GREGG I. SHAVITZ**
Gregg I. Shavitz (Fla Bar No. 11398)
E-mail: gshavitz@shavitzlaw.com
Hal B. Anderson (Fla. Bar No. 93051)
Email: hal.anderson@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone:  (561) 447-8888
Facsimile:  (561) 447-8831
Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **<u>February 18, 2011</u>**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

<u>s/GREGG I. SHAVITZ</u>
Gregg I. Shavitz

## <u>SERVICE LIST</u>
*Robert Shim v. Echosphere, LLC, et al*
**Case No. 10-60024-CIV-ZLOCH/ROSENBAUM**
**United States District Court for the Southern District of Florida**

Mark S. Aurbacher, Esq.                                    (CM/ECF)
E-mail: mark.auerbacher@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Bank of America Tower
100 SE 2nd Street, 34th Floor
Miami, FL 33131
Telephone:  305-347-4087
Facsimile: 305-463-4089
Attorneys for Defendants

Christian C. Antkowiak, Esq.                               (CM/ECF)
E-mail: christian.antkowiak@bipc.com
Lisa Passarello, Esq.                                      (CM/ECF)
E-mail: lisa.passarello@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Tel: 412-562-3988
Attorneys for Defendants

John A. Goodman, Esq.                                      (CM/ECF)
E-mail: john.goodman@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC 20003
Tel: 202- 452-5484
Attorneys for Defendants