```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 10-60024-CIV-ZLOCH
```

ROBERT SHIM,

      Plaintiff,

                                  **FINAL ORDER OF DISMISSAL**

vs.

ECHOSPHERE, L.L.C.,
DISH NETWORK, L.L.C., and
DISH NETWORK SERVICE, L.L.C.,

      Defendants.

_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 116) which the Court construes as a Joint Motion To Review And Approve FLSA Settlement And Dismiss Action With Prejudice, filed herein by all Parties.  The Court has carefully reviewed said Motion, the Parties' Confidential Settlement Agreement And Release, and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal With Prejudice (DE 116) which the Court construes as a Joint Motion To Review And Approve FLSA Settlement And Dismiss Action With Prejudice, filed herein by all Parties be and the same is hereby **GRANTED**;

    2. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement be and the same is hereby approved, adopted and ratified by the Court;

      3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

      4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

      5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Settlement Agreement.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   18th   day of April, 2011.

_/s/ William J. Zloch_
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record